IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAMERON NORMAN | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO.: 17-2818 |
| | : | |
| v. | : | |
| | : | |
| SOVEREIGN DISTRIBUTORS, INC., | : | |
| d/b/a AVALON FLOORING | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, that Plaintiff's Complaint be dismissed in its entirety, with prejudice, and with no award of counsel fees or costs by the Court to either side.

Dated: September 27, 2017

**KARPF, KARPF & CERUTTI, P.C.**

*/s Christine E. Burke*

Christine E. Burke, Esq.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Phone: (215) 639-0801
cburke@karpf-law.com

**Counsel for Plaintiff**

**ARCHER & GREINER, P.C.**

*/s Tracy Asper Wolak Esq.*

Tracy Asper Wolak Esq.
One Centennial Square
Haddonfield, NJ 08033
Pennington, NJ 08534
Phone: (856) 795-2121
twolak@archerlaw.com

**Counsel for Defendant**